UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIDE THE DUCKS INTERNATIONAL, LLC,<br><br>                Plaintiff,<br><br>  and<br><br>RIDE THE DUCKS SEATTLE, LLC,<br><br>                Intervenor,<br><br>  v.<br><br>T.H.E. INSURANCE COMPANY,<br><br>                Defendant. | C15-1982 TSZ<br><br>MINUTE ORDER |
| T.H.E. INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>  v.<br><br>RIDE THE DUCKS INTERNATIONAL, LLC; NA RA YOON; PHUONG DINH; ESTATE OF KIM HA RAM; KIM SOON WAN; and JEONG JU HEE,<br><br>                Defendants. | |

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Plaintiff Ride the Ducks International, LLC's motion for leave to file multiple dispositive motions or, in the alternative, an overlength dispositive motion, docket no. 52, is DENIED in part and GRANTED in part as follows:

MINUTE ORDER - 1

(a) The motion for leave to file multiple dispositive motions is DENIED;

(b) The motion for leave to file an overlength dispositive motion concerning T.H.E. Insurance Company's duty, if any, to defend Ride the Ducks International, LLC ("RTDI") is GRANTED in part as follows:

(i) RTDI shall file a dispositive motion, not to exceed fifty (50) pages in length, by the deadline set forth in the Minute Order entered December 14, 2016, docket no. 51, namely March 30, 2017; such motion shall be noted for May 12, 2017;

(ii) T.H.E. Insurance Company shall file a consolidated response to RTDI's motion and cross-motion, not to exceed seventy-five (75) pages in length, by April 17, 2017;

(iii) RTDI shall file a consolidated response to the cross-motion and reply in support of its motion, not to exceed fifty (50) pages in length, by May 5, 2017;

(iv) T.H.E. Insurance Company may file a reply in support of its cross-motion, not to exceed twenty-five (25) pages in length, by May 12, 2017;

(c) The parties shall provide working copies of their submissions by noon on the second judicial day after filing; such working copies shall be three-hole punched, appropriately tabbed, and bound with binder clips or rubber bands.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2