UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIDE THE DUCKS INTERNATIONAL, LLC,<br><br>        Plaintiff,<br><br>  and<br><br>RIDE THE DUCKS SEATTLE, LLC,<br><br>        Intervenor,<br><br>  v.<br><br>T.H.E. INSURANCE COMPANY,<br><br>        Defendant. | C15-1982 TSZ<br><br>MINUTE ORDER |
| T.H.E. INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>RIDE THE DUCKS INTERNATIONAL, LLC; NA RA YOON; PHUONG DINH; ESTATE OF KIM HA RAM; KIM SOON WAN; and JEONG JU HEE,<br><br>        Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of the noting dates for the pending cross-motions for summary judgment concerning T.H.E. Insurance Company's duty, if any, to defend Ride the Ducks International, LLC, *see* Minute Order (docket no. 54), the deferred portion of T.H.E.

MINUTE ORDER - 1

Insurance Company's motion to join additional parties, docket no. 44, *see* Minute Order (docket no. 51), is RENOTED to May 12, 2017.

     (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of April, 2017.

                                             William M. McCool
                                             Clerk

                                             s/Karen Dews
                                             Deputy Clerk