UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIDE THE DUCKS INTERNATIONAL, LLC,

        Plaintiff,

  and

RIDE THE DUCKS SEATTLE, LLC,

        Intervenor,

  v.

T.H.E. INSURANCE COMPANY,

        Defendant.

T.H.E. INSURANCE COMPANY,

        Plaintiff,

  v.

RIDE THE DUCKS INTERNATIONAL, LLC; NA RA YOON; PHUONG DINH; ESTATE OF KIM HA RAM; KIM SOON WAN; and JEONG JU HEE,

        Defendants.

C15-1982 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 67, to continue the cross-motions for summary judgment is GRANTED. The cross-motions for summary judgment on the duty to defend, docket nos. 55 and 62, are RENOTED to May 19, 2017. The deadline for Ride the Ducks International to file its consolidated response to cross-motion and reply in

MINUTE ORDER - 1

support of its motion is EXTENDED to May 12, 2017.  T.H.E. Insurance Company's reply in support of its cross-motion shall be filed by the new noting date.  The deferred portion of T.H.E. Insurance Company's motion to join additional parties, docket no. 44, is also RENOTED to May 19, 2017.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of May, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2