# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RIDE THE DUCKS INTERNATIONAL, LLC,<br><br>        Plaintiff,<br>  and<br>RIDE THE DUCKS SEATTLE, LLC,<br><br>        Intervenor,<br>    v.<br>T.H.E. INSURANCE COMPANY,<br><br>        Defendant,<br>    v.<br>NA RA YOON; PHUONG DINH; ESTATE OF KIM HA RAM; KIM SOON WAN; and JEONG JU HEE,<br><br>        Third-Party Defendants. | C15-1982 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion for stay, docket no. 69, brought by plaintiff Ride the Ducks International, LLC ("RTDI"), intervenor Ride the Ducks Seattle, LLC, and defendant T.H.E. Insurance Company is RENOTED to May 26, 2017. Although captioned as a stipulated motion, the motion for stay was not signed by counsel for third-party defendant Na Ra Yoon or by counsel for third-party defendants Estate of Kim Ha Ram, Kim Soon Wan, and Jeong Ju Hee, and thus, it must be noted for the third Friday after filing, with responses and any reply due in accordance with Local Civil Rule 7(d)(3).

MINUTE ORDER - 1

(2) In light of RTDI's and T.H.E. Insurance Company's agreement that this matter should be stayed, their respective pending motions for summary judgment as to the duty to defend, docket nos. 55 and 62, are RENOTED to June 9, 2017. The deadline for RTDI to file its consolidated response and reply is EXTENDED to June 2, 2017, and T.H.E. Insurance Company's reply shall be filed by the new noting date.

(3) T.H.E. Insurance Company's motion to join additional parties, docket no. 44, is also RENOTED to June 9, 2017.

(4) With respect to the motion for stay, no proposed order was filed via the Case Management and Electronic Case Filing ("CM/ECF") system or provided via e-mail as required in the Western District of Washington's Electronic Filing Procedures for Civil and Criminal Cases. A proposed order shall be properly submitted by the new noting date.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of May, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk