UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIDE THE DUCKS INTERNATIONAL, LLC,

    Plaintiff,

  and

RIDE THE DUCKS SEATTLE, LLC,

    Intervenor,

  v.

T.H.E. INSURANCE COMPANY,

    Defendant,

  v.

NA RA YOON; PHUONG DINH; ESTATE OF KIM HA RAM; KIM SOON WAN; and JEONG JU HEE,

    Third-Party Defendants.

C15-1982 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion for stay, docket no. 69, brought by plaintiff Ride the Ducks International, LLC ("RTDI"), intervenor Ride the Ducks Seattle, LLC, and defendant T.H.E. Insurance Company (collectively, the "Stipulating Parties"), is GRANTED as follows:

    (a) The stay previously imposed with respect to indemnification issues remains in full force and effect. Pursuant to the Stipulating Parties' agreement, proceedings concerning any duty to defend owed to RTDI are hereby STAYED.

MINUTE ORDER - 1

The Stipulating Parties shall be bound by their agreement, *see* docket no. 69, concerning when and how they may seek to lift the stay, but any other party may move to lift the stay at any time, without prior notice to other parties.

    (b)    The pending cross-motions for summary judgment as to the duty to defend, docket nos. 55 and 62, and T.H.E. Insurance Company's motion to join additional parties, docket no. 44, are STRICKEN without prejudice to refile if appropriate after the stay in this matter is lifted.

    (c)    The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after the underlying litigation resolves or by September 28, 2018, whichever occurs earlier.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of May, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk