UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIDE THE DUCKS INTERNATIONAL, LLC,

         Plaintiff,

  and

RIDE THE DUCKS SEATTLE, LLC,

         Intervenor,

  v.

T.H.E. INSURANCE COMPANY,

         Defendant,

  v.

NA RA YOON; PHUONG DINH; ESTATE OF KIM HA RAM; KIM SOON WAN; and JEONG JU HEE,

         Third-Party Defendants.

C15-1982 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    By Minute Order entered May 31, 2017, docket no. 72, the parties were directed to file a Joint Status Report within fourteen (14) days after the underlying litigation resolved or by September 28, 2018, whichever occurred earlier. No Joint Status

MINUTE ORDER - 1

Report has been timely filed.  The parties are DIRECTED to file a Joint Status Report within fourteen (14) days of the date of this Minute Order.  Failure to comply with this Minute Order may be grounds for dismissal of this action.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of April, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk
