UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIDE THE DUCKS INTERNATIONAL, LLC,

        Plaintiff,

  and

RIDE THE DUCKS SEATTLE, LLC,

        Intervenor,

  v.

T.H.E. INSURANCE COMPANY,

        Defendant,

  v.

NA RA YOON; PHUONG DINH; ESTATE OF KIM HA RAM; KIM SOON WAN; and JEONG JU HEE,

        Third-Party Defendants.

C15-1982 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Status Report filed by the parties on April 23, 2019, docket no. 75, the Court DIRECTS as follows:

MINUTE ORDER - 1

(a) In the Status Report, the parties indicate that the claims "in this suit" have been resolved and request that the Court dismiss with prejudice and without costs "the pending declaratory judgment actions consolidated as No. 2:15-cv-1987-TSZ." The case bearing the number 2:15-cv-1987-TSZ (or C15-1987) was, however, closed when it was consolidated with this matter (C15-1982). *See* Order (docket no. 13). The parties have separately stated in their Status Report that they want this matter (C15-1982) to remain pending because performance pursuant to the parties' "Term Sheet" is ongoing and they have not yet reached agreement on the issue of post-judgment interest. The Court therefore declines to dismiss any claims in this matter at this time.

(b) The parties are DIRECTED to file another Joint Status Report within ninety (90) days of the date of this Minute Order concerning whether the parties have executed a final settlement agreement and, if so, whether this case can be dismissed with prejudice and without costs. Absent a timely submitted Joint Status Report, the Court will assume that this matter has been resolved and will enter its standard order of dismissal, which gives the parties sixty (60) days to move to reopen in the event they do not perfect their settlement.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of May, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2