UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIDE THE DUCKS INTERNATIONAL, LLC,

    Plaintiff,

and

RIDE THE DUCKS SEATTLE, LLC,

    Intervenor,

v.

T.H.E. INSURANCE COMPANY,

    Defendant,

v.

NA RA YOON; PHUONG DINH; ESTATE OF KIM HA RAM; KIM SOON WAN; and JEONG JU HEE,

    Third-Party Defendants.

C15-1982 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In the Minute Order entered May 30, 2019, docket no. 76, the parties were directed to indicate whether they have executed a final settlement agreement and, if so, whether this case can be dismissed with prejudice and without costs. The Status Report

MINUTE ORDER - 1

filed by the parties on August 28, 2019, docket no. 78, does not address the Court's first inquiry, but rather refers only to a "Term Sheet." Moreover, the parties continue to express opposite views concerning whether this matter may be dismissed with prejudice. Thus, the Court declines to take any action, and this matter remains stayed pending further order. The parties shall file another Joint Status Report within six (6) months of the date of this Minute Order.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of October, 2019.

William M. McCool<br>
Clerk<br><br>
s/Karen Dews<br>
Deputy Clerk