UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIDE THE DUCKS INTERNATIONAL, LLC,

        Plaintiff,

  and

RIDE THE DUCKS SEATTLE, LLC,

        Intervenor,

  v.

T.H.E. INSURANCE COMPANY,

        Defendant,

  v.

NA RA YOON; PHUONG DINH; ESTATE OF KIM HA RAM; KIM SOON WAN; and JEONG JU HEE,

        Third-Party Defendants.

C15-1982 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' joint Status Report, docket no. 80, indicating that Ride the Ducks Seattle, LLC has filed a Chapter 7 bankruptcy petition, that the matters of *West v. Ride the Ducks International, LLC, et al.* and *Ride the Ducks Seattle,*

MINUTE ORDER - 1

*LLC v. Ride the Ducks International, LLC* remain pending (albeit stayed as a result of the bankruptcy proceedings), and that the parties continue to dispute whether the insurance coverage issues in this matter have been resolved, the Court declines to take any action at this time, and this matter remains stayed pending further order. The parties shall file another joint status report on or before December 31, 2020.

   (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

   Dated this 16th day of April, 2020.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 2