UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| RIDE THE DUCKS INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> and <br><br> RIDE THE DUCKS SEATTLE, LLC, <br><br> Intervenor, <br><br> v. <br><br> T.H.E. INSURANCE COMPANY, <br><br> Defendant, <br><br> v. <br><br> NA RA YOON; PHUONG DINH; ESTATE OF KIM HA RAM; KIM SOON WAN; and JEONG JU HEE, <br><br> Third-Party Defendants. | C15-1982 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' joint Status Report filed on January 7, 2021, docket no. 82, which refers to the parties' joint Status Report filed on August 28, 2019, docket no. 78, the Court DIRECTS the parties to file, within twenty-one (21) days of the

MINUTE ORDER - 1

date of this Minute Order, briefs not exceeding ten (10) pages in length per side addressing the following issues: (i) whether, in light of Ride the Ducks Seattle, LLC's ongoing Chapter 7 bankruptcy proceeding, this matter is still subject to the automatic stay set forth in 11 U.S.C. § 362(a)(1); and (ii) if not, whether this case should be dismissed on the ground that the parties have reached a settlement and no issue remains for the Court's determination.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 20th day of January, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2