UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIDE THE DUCKS INTERNATIONAL, LLC,

        Plaintiff,

  and

RIDE THE DUCKS SEATTLE, LLC,

        Intervenor,

    v.

T.H.E. INSURANCE COMPANY,

        Defendant,

    v.

NA RA YOON; PHUONG DINH; ESTATE OF KIM HA RAM; KIM SOON WAN; and JEONG JU HEE,

        Third-Party Defendants.

C15-1982 TSZ

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

       (1)    Having reviewed the parties' briefs, docket nos. 84 and 85, which were filed as directed by the Minute Order entered January 20, 2021, docket no. 83, the Court LIFTS the stay of this matter and returns this case to the active docket.

MINUTE ORDER - 1

(2) T.H.E. Insurance Company, Ride the Ducks International, LLC ("RTDI"), and Ride the Ducks Seattle, LLC dispute whether they have reached a settlement and whether this action should be dismissed.  The Court declines T.H.E Insurance Company's request that this case be dismissed with prejudice.

(3) The parties are DIRECTED to file a Joint Status Report within fourteen (14) days of the date of this Minute Order setting forth (i) the status of claims involving Na Ra Yoon, Phuong Dinh, the Estate of Kim Ha Ram, Kim Soon Wan, and Jeong Ju Hee, and whether those parties may be dismissed from this action; (ii) proposed dates for filing dispositive motions and for trial; and (iii) any other matters that might affect the schedule for this case.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2