UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIDE THE DUCKS INTERNATIONAL, LLC,

    Plaintiff,

v.

T.H.E. INSURANCE COMPANY,

    Defendant.

C15-1982 TSZ
(consolidated with C15-1987 TSZ)

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  By Minute Order entered July 3, 2024, docket no. 99, the parties were directed to show cause why this case should not be dismissed without prejudice for failure to timely file a Joint Status Report.  Plaintiff has not responded.  Defendant has expressly stated no objection to this case being dismissed on such basis.  *See* Def.'s Resp. (docket no. 100).  As a result, this case is hereby DISMISSED without prejudice.

(2)  The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record and to CLOSE this case.

Dated this 13th day of August, 2024.

                                        Ravi Subramanian
                                        Clerk

                                        s/Laurie Cuaresma
                                        Deputy Clerk

MINUTE ORDER - 1